UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-324 (01)(RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TAWFIQ OTHMAN WAZWAZ | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant's Motion for Extension of Time is GRANTED.   The Court

ORDERS as follows:

Objections to the Presentence Report are due to in the Probation Office on or

before September 23, 2005, and Position pleadings shall be filed with the Clerk of Court

by September 30, 2005.

Dated:_____8/19/05_____

_____
United States District Court Judge
Honorable Richard H. Kyle