**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,        Criminal No. 04-324 (01)(RHK)

    Plaintiff,                              **ORDER**

  v.

TAWFIQ OTHMAN WAZWAZ

    Defendant.

---

The Defendant's Motion for Extension of Time is GRANTED. The Court ORDERS as follows:

Objections to the Presentence Report are due to the Probation Office on or before October 7, 2005, and Position pleadings shall be filed with the Clerk of Court by October 14, 2005.

Dated:   September 26, 2005

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge