# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,              Criminal No. 04-324 (01) (RHK/JSM)

             Plaintiff,                    **ORDER**

v.

TAWFIQ OTHMAN WAZWAZ,

             Defendant.
_____


The Defendant's Motion for Extension of Time is **GRANTED**.  The Court

**ORDERS** as follows:

Defendant's Request for an Evidentiary Hearing and Sentencing Position

Pleadings shall be filed with the Clerk of Court within seven days of the Probation

Officer's amended PSI being received by the parties.

Dated:  October 14, 2005


             s/Richard H. Kyle
             RICHARD H. KYLE
             United States District Judge