UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-324 (RHK/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v. ) | ORDER |
| ) | |
| TAWFIQ OTHMAN WAZWAZ, ) | |
| ) | |
| DEFENDANT. ) | |

Based on the United States' application for a post-indictment restraining order and on all the files and records herein,

IT IS HEREBY ORDERED that the Hennepin County Sheriff's Office, and EastBank and its agents are restrained from proceeding with the January 10, 2006, foreclosure sale or any other action against the real property located 7141 42nd Street, New Hope, Minnesota, legally described as the North 125 feet of that part of Lot Four (4) lying East of the West 29.08 feet thereof, and the North 125 feet of Lot Five (5), Block Two (2), Rockford Park, according to the recorded plat thereof, Hennepin County, Minnesota, until further order of the Court.

Dated: 1/9/06     s/Richard H. Kyle
                  RICHARD H. KYLE, Judge
                  United States District Court